# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2010

139578

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                         SC: 139578
                                                         COA: 283490

TERRY GERARD BOOKER,
      Defendant-Appellant.
                                                         Macomb CC: 2006-005007-FH

_____/

      On order of the Court, the application for leave to appeal the August 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010                                   _____

0222                                                     Clerk